**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-7424**

WILLIAM SCOTT DAVIS, JR.,

Petitioner - Appellant,

v.

WILLIAM P. BARR, USAG; JAMES GARNETT, Piedmont Regional Jail Chairman; PAUL SEGRUE, USMS Deputy; USMS DEPUTY ADAMS; DONALD HUNTER, Superintendent; CAPTAIN UNKNOWN; MAJOR UNKNOWN,

Respondents - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Mark S. Davis, Chief District Judge.  (2:17-cv-00514-MSD-DEM)

Submitted:  April 4, 2019                                    Decided:  April 10, 2019

Before NIEMEYER and HARRIS, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

William Scott Davis, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Scott Davis, Jr., a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing as moot Davis' consolidated 28 U.S.C. § 2241 (2012) petitions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Davis v. Sessions*, No. 2:17-cv-00514-MSD-DEM (E.D. Va. Oct. 9, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*